```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/28/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Sergiy Borshchevskiy,

                                     Plaintiff,

          -against-

Century Development Properties LLC et al.,

                                     Defendants.

**1:21-cv-08625 (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

This case contains claims under the Fair Labor Standards Act. On January 11, 2022, the parties submitted a motion for settlement approval, which was refiled on January 28, 2022. (*See* ECF No. 20.) On January 20, 2022, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (Order, ECF No. 19.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable.[1] *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

Accordingly, this action is discontinued without costs (except as may be stated in the settlement agreement) and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. If no such application is timely made, the dismissal shall be with prejudice.

---

[1] The Court notes that there is a typographical error in paragraph 1(A)(i) of the settlement agreement, which refers to checks in the total amount of "Twenty Thousand Dollars ($40,000)[.]" (*See* ECF No. 20-1.) Nonetheless, the amount of the two checks totals $40,000, which matches the Settlement Sum in paragraph 1(A).

The Court will retain jurisdiction to enforce the settlement agreement.

**SO ORDERED.**

DATED:        New York, New York
              January 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge